[Nos. 21729–1–I; 21730–5–I.  Division One.  May 1, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS LEE WILSON, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 86–1–01111–5, John E. Rutter, Jr., J., entered January 20, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 11653–7–II.  Division Two.  May 1, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK KELLY HALEY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 86–1–00524–2, James D. Ladley, J., entered November 30, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Reed, J.

[No. 12113–1–II.  Division Two.  May 1, 1989.]

*In the Matter of the Marriage of* YOKO ROBERTSON, *Respondent, and* CHARLES D. ROBERTSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 274863, Arthur W. Verharen, J., entered June 24, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 10829–1–II.  Division Two.  May 1, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES WILLIAM CAMERON, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 65998, Robert L. Charette, J., entered March 9, 1987. *Reversed* by unpublished per curiam opinion.